SRA FILE #916-7001
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ERIC OFORI and RITA GYIMA-DANSO,

                                          Plaintiffs,

-against-

FFE TRANSPORTATION SERVICES, INC. and
"JOHN DOE",

                                          Defendants.
-----------------------------------------------------------------x

Docket No.:

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for Defendant, FFE TRANSPORTATION SERVICES, INC., (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated:     New York, New York
             May 21, 2007

                                        Yours, etc.

                                        STRONGIN ROTHMAN & ABRAMS, LLP

                                        _____
                                        DROR BIKEL (DB-1779)
                                        Attorneys for Defendant
                                        FFE TRANSPORTATION SERVICES, INC.
                                        50 Broadway, Suite 2003
                                        New York, NY 10004
                                        (212) 931-8300

TO:

LAW OFFICES OF MICHAEL M. GOLDBERG, P.C.
31 East 32nd Street, 4th Floor
New York, NY 10016
(212) 481-0011
Attorney for Plaintiffs