SRA FILE #916-7001
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ERIC OFORI and RITA GYIMA-DANSO,

                                           Plaintiffs,

                -against-

FFE TRANSPORTATION SERVICES, INC. and
"JOHN DOE",

                                           Defendants.
------------------------------------------------------------x

**Docket No.:07-CV-3975**

**Judge Castel**

**DEMAND FOR JURY TRIAL**

        The defendants, FFE TRANSPORTATION SERVICES, INC., hereby demand a trial by jury of the issues of fact of the above-entitled action.

Dated:      New York, New York
             June 18, 2007

                                    Yours, etc.

                                    STRONGIN ROTHMAN & ABRAMS, LLP

                                    _____
                                    DROR BIKEL (DB-1779)
                                    Attorneys for Defendant
                                    FFE TRANSPORTATION SERVICES, INC.
                                    50 Broadway, Suite 2003
                                    New York, NY 10004
                                    (212) 931-8300

TO:

LAW OFFICES OF MICHAEL M. GOLDBERG, P.C.
31 East 32nd Street, 4th Floor
New York, NY 10016
(212) 481-0011
Attorney for Plaintiffs

STATE OF NEW YORK     )
                      )SS.:
COUNTY OF NEW YORK    )

LYUDMILA TIMOSHENKO, being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years, and resides in Middlesex County, New Jersey. That on this 18th day of June, 2007 she served the within **DEMAND FOR JURY TRIAL** upon:

LAW OFFICES OF MICHAEL M. GOLDBERG, P.C.
31 East 32nd Street, 4th Floor
New York, NY 10016
(212) 481-0011
Attorney for Plaintiffs

by depositing a true copy of same securely enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, by Regular Mail.

_____
LYUDMILA TIMOSHENKO

Sworn to before me this
18th day of June, 2007

_____
NOTARY PUBLIC

BARRY S. ROTHMAN
Notary Public, State of New York
No. 02RO4732318
Qualified in New York County
Commission Expires January 9, 20__