SRA FILE #616-7001
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
ERIC OFORI and RITA GYIMA-DANSO,

                        Plaintiffs,

      -against-

FFE TRANSPORTATION SERVICES, INC. and
"JOHN DOE",

                        Defendants.
-----------------------------------------x

Docket No.:07-CV-3975

Judge Castel

STIPULATION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-20-07

IT IS HEREBY STIPULATION AND AGREED by and between the attorneys for the respective parties herein, that the matter in controversy for each distinct individual above-named Plaintiff, does not exceed the sum of $75,000 exclusive of interest and costs. The parties agreed that any injury award in excess of $75,000 for each plaintiff shall be reduced by the trial judge to $75,000 for each plaintiff, exclusive of costs and interest, and that no judgment may be entered against any above-named defendant in excess of $75,000 for each plaintiff, exclusive of costs and interest. Accordingly, this action be and the same hereby is, remanded to the SUPREME COURT OF THE STATE OF NEW YORK, IN AND FOR THE COUNTY OF BRONX. This stipulation may be filed with the Clerk of the Court without further notice.

Dated:    New York, New York

LAW OFFICES OF MICHAEL M.
GOLDBERG, P.C.

_____
MICHAEL M. GOLDBERG
31 East 32nd Street, 4th Floor
New York, NY 10016
(212) 481-0011
Attorney for Plaintiffs

STRONGIN ROTHMAN & ABRAMS, LLP

_____
DROR BIKEL (DB-1779)
Attorneys for Defendant
FFE TRANSPORTATION SERVICES, INC.
50 Broadway, Suite 2003
New York, NY 10004
(212) 931-8300

SO ORDERED
_____, USDJ
7-20-07